UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                                    ) CASE NO. MJ 11-266
    Plaintiff, )
                                                    )
    v. )
                                                    ) DETENTION ORDER
LEIF O'NEIL CHRISTENSEN, )
                                                    )
    Defendant. )
_____ )

<u>Offense charged</u>: Distribution of Material Constituting or Containing Child Pornography; Possession of Child Pornography; Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>: June 16, 2011.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant's past criminal history includes a previous conviction for possession of child pornography, as well as a conviction for failing to register as a sex offender. Defendant's counsel proffers that the failure to register was occasioned by a change of address by the defendant, rather than a complete failure to register. Numerous failures to appear, with bench warrant activity, are on defendant's criminal history. The current firearms charge is based on defendant's alleged possession of a loaded Ruger .357 handgun.

2. The AUSA proffers that, subsequent to arrest, defendant allegedly attempted to obstruct justice by trying to persuade his sister to claim the gun as hers and to say that the location where the controlled substances, pornography and firearm were found was not his primary living space.

3. Defendant poses a risk of nonappearance due to a history of failing to appear and failing to comply. He poses a risk of danger due to the nature of the instant offense, criminal history, and failure to comply. Further, there is a concern about the presence of a minor at his proposed release address, and potential contact with minors at his place of employment.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 16th day of June, 2011.

Mary Alice Theiler
United States Magistrate Judge